STATE OF NEBRASKA EX REL. NEBRASKA STATE BAR ASSOCIATION, RELATOR, V. BRUCE L. MURPHY, RESPONDENT.
416 N.W.2d 257

Filed December 11, 1987.   No. 87-1032.

Dennis Carlson, Counsel for Discipline, for relator.

Craig L. Truman, P.C., for respondent.

HASTINGS, C.J., BOSLAUGH, CAPORALE, SHANAHAN, and GRANT, JJ., and COLWELL, D.J., Retired.

PER CURIAM.
This is an original proceeding submitted to this court upon

the respondent's voluntary surrender of his license to practice law. Respondent, Bruce L. Murphy, voluntarily surrenders his license and consents to the entry of a disciplinary order against him.

Upon a careful review of the record before us, and based on the respondent's voluntary surrender of his license, his waiver of disciplinary proceedings, and his consent to the entry of an order of disbarment against him, we order that the respondent, Bruce L. Murphy, be, and hereby is, disbarred effective immediately.

JUDGMENT OF DISBARMENT.